UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  
Hicham Zahoui

Debtor (s),

Case No.: 11-44423-SLM

Adv. No.: _____

Judge: Stacey L. Meisel

Chapter: 13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____Stacey L. Meisel_____, United States Bankruptcy Judge.

**Reason for Hearing:** Debtor's Certification in Opposition to Trustee's Certification of Default

**Location of Hearing:** Courtroom No. 3A
MLK, JR Building
50 Walnut Street 3rd fl.
Newark, NJ 07102

**Date and Time:** November 9, 2016 at 9:00am,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ✔ ARE REQUIRED   ____ ARE NOT REQUIRED

DATED:   October 11, 2016            JAMES J. WALDRON, Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on October 11, 2016 the foregoing notice was served on the following: Debtor, Debtor's Attorney, Trustee and Trustee's Attorney

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 11-44423-SLM
Hicham Zahoui                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 11, 2016
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2016.
db             +Hicham Zahoui,   24 Nunda Ave,   Jersey City, NJ 07304-1309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2016 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    Bank of America, N.A. nj.bkecf@fedphe.com
              Brian C. Nicholas    on behalf of Creditor    PNC Mortgage, a division of PNC Bank National
               Association bnicholas@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Evelyn  Akushie-Onyeani    on behalf of Debtor Hicham  Zahoui evelyn@onyeanilaw.com
              Jennifer R. Gorchow    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC
               Home Loans Servicing LP fka Countrywide Home Loans Servicing LP nj.bkecf@fedphe.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                               TOTAL: 6